[A bill of exception was afterwards taken to the charge of the court, and the cause was removed to the High Court of Errors and Appeals by writ of error. The court after argument, unanimously affirmed the judgment. July Term 1797.]

---

JOHN GARDINER, Jun. EPHRAIM OLDEN, and JAMES OLDEN *against* GENTY LEVAUD.

One partner defendant cannot call his co-partner (not sued,) as a witness to prove the payment of the company debt.

ACTION for goods sold in St. Domingo ; and the question was, whether a shipment of certain sugar and coffee had not discharged the debt.

Mr. Ingersoll for the defendant, called Robert Branu as a witness, who was proved to be a partner with the defendant at the time of sale. The defendant executed a release to him, at the bar.

Mr. Thomas for the plaintiffs, objected to his competency. If a verdict passes for the plaintiffs, he will be liable to them, in case Levaud should be insolvent. If, on the other hand, a verdict is given for the defendant, and a new suit should be brought against the witness, he may discharge himself therefrom, by pleading such verdict in bar thereof. So that *quacunque via data,* he is immediately interested in the event of this suit.

The defendant's counsel acquiesced in the objection, and withdrew the witness. The court was clearly of the same opinion.

Verdict *pro quer.* for 595*l.* 6*s.* 3*d.*, and six pence costs.

---

FRANCIS PAVRET, ALIAN GABRIEL PELE and JULIAN FRANCIS PELE, surviving partners of PIERRE PAVRET *against* ELLISTON PEROT and JOHN PEROT.

Agent or factor cannot charge commission on the payment of his own debt to his principal: aliter where it is remitted in bills of exchange.

THE only question in this case was, whether the defendants were entitled to commissions on the sums to be recovered. The plaintiffs had a commendatory partnership, and carried on trade at Port au Prince, the two Peles being the ostensible and active partners. On the death of Pierre Pavret, the court of the Senechaussey of Port au Prince, on the 20th October 1794, decreed, that Francis Pavret